FILED

08/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0120

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0120

STATE OF MONTANA,

        Plaintiff and Appellee,

    v.                                    O R D E R

DOUGLAS EUGENE INGRAM,

        Defendant and Appellant.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's reply brief filed electronically on August 14, 2020, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 11(6)(b) sets forth the information that must be presented on the cover of each brief, which includes cause number; title of the case; name, venue of the tribunal, and judge in which the case from which the appeal is taken; party names and designations; names and contact information of counsel for each party, if any; and the title of the document.

M. R. App. P. 11(4)(e) requires a certificate of compliance indicating the document's line spacing and either (1) the document is proportionally spaced, together with the typeface, point size, and word count; or (2) the document uses a monospaced typeface, together with the number of characters per inch and word count, or the number of counted pages, pursuant to M. R. App. P. 11(4)(b) or (c).

After reviewing the Appellant's reply brief, this Court has determined that the brief does not comply with any of the above-referenced rules and must be resubmitted. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing

the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
August 17 2020